UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTONIO BETANCOURT,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:22-cv-01363-EPG<br><br>ORDER REGARDING STIPULATION<br><br>(ECF No. 15) |

This matter is before the Court on the parties' stipulation, filed on April 4, 2023. (ECF No. 15). However, it appears that the stipulation was filed in the wrong case. While the stipulation contains the name of the Plaintiff in this case, the case number listed is for a separate Plaintiff and social security action—Paeng See, 1:21-cv-00391-ADA-BAM.[1] Further, the stipulation seeks "a 16-day extension of time, from April 10, 2023 to April 26, 2023, for Plaintiff to serve on defendant with Plaintiff's Objections to Findings and Recommendations." There are no pending findings and recommendations in the instant consent case; however, there are pending findings and recommendations in the other case, with objections due by April 10, 2023.

\\\

\\\

---

[1] The Court notes that the defense attorney who signed the stipulation is not listed on the docket of the other case.

1

1  Accordingly, IT IS ORDERED that the Court will take no further action on the parties'
2  stipulation. (ECF No. 15). Should counsel have intended to file the stipulation in another case,
3  counsel must file it in the proper case.

IT IS SO ORDERED.

Dated:  **April 5, 2023**                    /s/ Erica P. Grosjean
                                              UNITED STATES MAGISTRATE JUDGE