UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTONIO BETANCOURT,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No. 1:22-cv-01363-EPG<br><br>ORDER REGARDING SECOND STIPULATION<br><br>(ECF No. 17) |

On April 5, 2023, the Court entered an order stating that it would take no action regarding a stipulation that, by all appearances, was filed in the wrong case, and perhaps was intended for 1:21-cv-00391-ADA-BAM. (ECF Nos. 15, 16). That same day, the parties filed another stipulation, again seeking "a 16-day extension of time, from April 10, 2023 to April 26, 2023, for Plaintiff to serve on defendant with Plaintiff's Objections to Findings and Recommendations." But as noted in the Court's prior order, there are no pending findings and recommendations in the instant consent case.

Accordingly, IT IS ORDERED that the Court will take no further action on the parties' second stipulation. (ECF No. 17). Should counsel have intended to file the stipulation in another case, counsel must file it in the proper case.
IT IS SO ORDERED.

Dated:  **April 6, 2023**                    /s/ Erica P. Grosjean
                                                              UNITED STATES MAGISTRATE JUDGE

1