JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTONIO BETANCOURT,<br><br>Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 1:22-cv-01363-EPG<br><br>AMENDED STIPULATION AND ORDER FOR EXTENSION OF TIME<br><br>(ECF No. 18) |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 16-day extension of time, from April 10, 2023 to April 26, 2023, for Plaintiff to serve on defendant with Plaintiff's Motion for Summary Judgment.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's third request for an extension of time.  Good cause exists for the requested extension. For the weeks of April 10, 2023 and April 17, 2023,  Counsel currently has 13 merit briefs, and a reply brief. This includes cases that undersigned counsel took on during

1

co-counsel's, Dolly M. Trompeter, leave of absence. Additional time is needed to thoroughly brief this matter for the Court.

Counsel for Plaintiff is currently taking partial leave as his child was born on October 14, 2022. Thus, Counsel is working limited hours.

Additionally, Counsel underwent major surgery on March 15, 2023, requiring post-op physical therapy, with the need for several breaks throughout the workday.

Defendant does not oppose the requested extension.

Plaintiff files this amended stipulation as the previous documents were filed with errors. Counsel for Plaintiff apologizes to the Court and Defendant.

Respectfully submitted,

Dated: April 6, 2023         PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
    JONATHAN OMAR PENA
    Attorneys for Plaintiff

Dated: April 5, 2023         PHILLIP A. TALBERT
                             United States Attorney
                             MATHEW W. PILE
                             Associate General Counsel
                             Office of Program Litigation
                             Social Security Administration

By:  **/s/Franco Becia*
    Franco Becia
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on April 4, 2023)

**ORDER**

Based on the above stipulation (ECF No. 18), IT IS ORDERED that Plaintiff shall file Plaintiff's motion for summary judgment by no later than April 26, 2023. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **April 7, 2023**                                     /s/ Erica P. Grosjean
                                                                                       UNITED STATES MAGISTRATE JUDGE