1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTONIO BETANCOURT,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:22-cv-01363-EPG<br><br>STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER<br><br>(ECF No. 25) |

IT IS STIPULATED by and between Plaintiff ("Plaintiff") and Defendant Kilolo Kijakazi, Acting Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, that the above-entitled action shall be remanded to the Commissioner of Social Security for further administrative proceedings. Upon remand, the Appeals Council will remand the case to the Administrative Law Judge (ALJ) for a hearing; evaluate the appropriate period at issue; reevaluate the medical opinions of record, consistent with 20 C.F.R. § 416.920c, and proceed with the sequential evaluation, as warranted.  The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

1  This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the
Social Security Act, 42 U.S.C. 405(g).

Dated: July 7, 2023                  */s/ Dolly M. Trompeter*\*
                                     Dolly Marlo Trompeter
                                     Attorneys for Plaintiff
                                     *Authorized via e-mail on July 7, 2023

                                     PHILLIP A. TALBERT
                                     United States Attorney
                                     MATHEW W. PILE
                                     Associate General Counsel
                                     Social Security Administration

                         By:         /s/ Kendall M. Rees
                                     Kendall M. Rees
                                     Special Assistant United States Attorney

                                     Attorneys for Defendant

**ORDER**

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 25), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g). The Clerk of the Court is respectfully directed to enter a judgment in favor of Plaintiff and against Defendant.

IT IS SO ORDERED.

Dated: **July 10, 2023**   /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE